# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LINNZI ZAORSKI

VERSUS

NICHOLAS USNER

NO.  2021 CW 1474

**DECEMBER 2, 2021**

---

In Re:    Linnzi Zaorski, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2017-13865.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.** The district court's November 4, 2021 order which denied the motion for new trial filed by plaintiff, Linnzi Zaorski, is vacated. The matter is remanded to the district court with instructions to conduct a hearing on the motion for new trial.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT